435 A.2d 661

Commonwealth v. Kuhn, III, Appellant.

630

 Submitted March 6, 1980. Allen E. Hench, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

The judgment of sentence of the lower court is affirmed.